Jennifer L. Braster
Nevada Bar No. 9982
NAYLOR & BRASTER
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
(T) (702) 420-7000
(F) (702) 420-7001
jbraster@naylorandbrasterlaw.com

*Attorneys for Defendant*
*Experian Information Solutions, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Maria E. Calvillo,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Experian Information Solutions, Inc.,<br><br>　　　　　Defendants. | Case No. 2:18-cv-02278-JCM-VCF<br><br>**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S AND PLAINTIFF MARIA E. CALVILLO'S STIPULATION TO EXTEND TIME FOR EXPERIAN INFORMATION SOLUTIONS, INC. TO ANSWER COMPLAINT (First Request)**<br><br>Complaint filed: November 29, 2018 |

　　　　Defendant Experian Information Solutions, Inc. ("Experian"), by and through its counsel of record, and Plaintiff Maria E. Calvillo ("Plaintiff"), by and through her counsel of record, hereby submit this stipulation to extend the time for Experian to respond to Plaintiff's Complaint (ECF No. 1) pursuant to LR IA 6-1.

　　　　Plaintiff filed her Complaint on November 29, 2018. Experian was served on February 25, 2019. The deadline for Experian to respond to the Complaint is currently March 18, 2019. Plaintiff and Experian stipulate and agree that Experian shall have until April 8, 2019 to file its responsive pleading.

　　　　This is Experian's first request for an extension of time to respond to the Complaint and is not intended to cause any delay or prejudice to any party, but rather to allow Experian time to

investigate Plaintiff's claims.  Moreover, Experian's counsel was only recently retained on March 4, 2019.

**IT IS SO STIPULATED.**

DATED this 5th day of March, 2019.   NAYLOR & BRASTER

By: */s/ Jennifer L. Braster*
Jennifer L. Braster
Nevada Bar No. 9982
jbraster@naylorandbrasterlaw.com
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145

*Attorneys for Defendant Experian Information Solutions, Inc.*

DATED this 5th day of March, 2019.   KAZEROUNI LAW GROUP, APC

By: */s/ Michael Kind*
Michael Kind (NBN 13903)
6069 South Fort Apache Road
Suite 100
Las Vegas, NV 89148

David H. Krieger (NBN 9086)
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, NV 89123

*Attorneys for Plaintiff Maria E. Calvillo*

**IT IS SO ORDERED.**

Dated this 5th day of March, 2019.

_____
UNITED STATES MAGISTRATE JUDGE